KENNETH A. FEINSWOG
kfeinswog@aol.com
Bar No. 129562
400 Corporate Pointe, Suite 300         E-FILED 11/04/10
Culver City, California 90230           JS-6
Telephone: (310) 846-5800
Facsimile:  (310) 846-5801

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT
# OF CALIFORNIA

-------------------------------------------------------X   CIVIL ACTION NO.
BRAVADO INTERNATIONAL GROUP         10-03305 PSG-JC
MERCHANDISING SERVICES, INC.


               Plaintiff,                **[PROPOSED]**
                                                                        **FINAL JUDGMENT AND**
             -against-                   <u>**PERMANENT INJUNCTION**</u>


T-LINE DESIGN, INC., d/b/a T-SHIRT
OUTLET AND COSHOPS, CALEB
GARRISON, RICK LIEBERSON a/k/a
RICHARD LIEBERSON and ERIC
BEKEBREDE,

               Defendants.
-------------------------------------------------------X

      The parties having stipulated to the entry of a final judgment and permanent

injunction against Defendants T-LINE DESIGN, INC. d/b/a T-SHIRT OUTLET

1

AND COSHOPS, CALEB GARRISON, RICK LIEBERSON a/k/a RICHARD LIEBERSON, and ERIC BEKEBREDE ("Defendants"),

IT IS HEREBY ORDERED THAT a final judgment and permanent injunction is hereby entered against Defendants permanently enjoining Defendants from selling, manufacturing and/or distributing any unauthorized merchandise bearing the Michael Jackson name, trademark and/or likeness and/or the King of Pop trademark and/or any Michael Jackson album covers and/or anything confusingly similar and/or substantially similar thereto.

                                            ___PHILIP S. GUTIERREZ___
                                            THE HONORABLE PHILIP S. GUTIERREZ
                                            United States District Judge

DATED: __11/04/10__